## CERTIFICATE OF SERVICE

IN THE UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF TEXAS

Case #: 2:24-cv-00417

**C47 Technologies LLC**

Plaintiff

vs.

**TCL Technology Group Corp., et al**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint for Patent Infringement (Received 6/10/2024 at 12:34 PM)**

| | |
|---|---|
| PARTY SERVED: | **TCL TECHNOLOGY GROUP CORPORATION C/O TCT MOBILE (US) INC., C/O CORPORATION SERVICE COMPANY** |
| PERSON SERVED: | **LYNANNE GARES, LITIGATION MANAGEMENT SERVICE LEADER** |
| METHOD OF SERVICE: | **Corporate** - By leaving copies with the person identified above, apparently in charge at the office or usual place of business. I informed him/her of the general nature of the papers. |
| DATE & TIME OF DELIVERY: | **6/11/2024 at 11:27 AM** |
| ADDRESS, CITY AND STATE: | **251 LITTLE FALLS DR, WILMINGTON, DE 19808** |

Race: **White**   Sex: **Female**   Age: **52**  
Height: **5'6"**   Weight: **150**   Hair: **Brown**   Glasses: **No**

Malone Process Service LLC  
PO Box 720040  
Dallas, TX 75372  
(877) 997-3783

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 6/12/2024.

_Ramona Talvacchio_  
Ramona Talvacchio

CLIENT: **Malone Process Service LLC**  
FILE #:

Job #: **577032**